Dismissed and Memorandum Opinion filed May 13, 2004









Dismissed and Memorandum Opinion filed May 13, 2004.

 

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-00-00867-CV

____________

 

FELLOWSHIP
MISSIONARY BAPTIST CHURCH, Appellant

 

V.

 

A-UNIQUE HOME
BUILDERS, INC., Appellee

 



 

On Appeal from the
113th District Court

 Harris County, Texas

Trial Court Cause
No. 97-57485 

 



 

M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed
July 3, 2000.  On May 3, 2004, appellant
filed a motion to dismiss the appeal.  See
Tex. R. App. P. 42.1.  The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

 

Judgment rendered and Memorandum
Opinion filed May 13, 2004.

Panel consists of Justices Yates,
Anderson, and Hudson.